## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF OKLAHOMA

SHANE NORRID et al.                                                                        PLAINTIFFS

v.                                              Case No. 17-cv-401-RAW

D.A.R.P., INC. et al.                                                                      DEFENDANTS

### SEPARATE DEFENDANT GLENN O. WHITMAN'S MOTION TO DISMISS

Comes now separate Defendant Glenn O. Whitman (erroneously identified by Plaintiffs as Glenn E. Whitman) and for his Motion to Dismiss states the following:

1.     In their First Amended Class and Collective Action Complaint ("Amended Complaint") Plaintiffs assert claims for relief against Defendant Whitman under the Trafficking Victims Protection Act ("TVPA"), 18 U.S.C. §§ 1589, 1594.

2.     Plaintiffs' Amended Complaint fails to state a claim upon which relief can be granted.

3.     Plaintiffs' cause of action against Whitman should therefore be dismissed pursuant to Federal Rules of Civil Procedure 12(b)(6) and 8(a)(2).

4.     Whitman is contemporaneously tendering a brief in support of this motion.

WHEREFORE, separate Defendant Glenn O. Whitman asks the Court to grant his motion and dismiss him as a defendant in this cause of action.

Respectfully submitted,

GLENN O. WHITMAN, Separate Defendant

1

By:    */s/ William B Putman*
        WILLIAM B. PUTMAN
        PUTMAN LAW OFFICE
        3900 N. Front St., Ste. 204
        Fayetteville, AR 72703
        (479) 287-1288
        bill@putmanlawoffice.com

## CERTIFICATE OF SERVICE

I hereby certify that on this 22nd day of December, 2017, I submitted the foregoing to the Clerk of the Court for filing using the CM/ECF system, which will send notification of such filing to all counsel of record.

*/s/  William B. Putman*
WILLIAM B. PUTMAN

2