## NoIN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| SHANE NORRID, et al., individually and on behalf of all others similarly situated, ) ) ) ) | |
| Plaintiffs, ) | **Case No. 17-cv-401-RAW** |
| ) | |
| v. ) ) | **CLASS AND COLLECTIVE ACTION** |
| D.A.R.P., INC., an Oklahoma for profit corporation, et al., ) ) ) | |
| Defendants. ) | |

### PLAINTIFF KEVIN HARTMAN'S NOTICE OF DISMISSAL OF CLAIMS AGAINST DEFENDANT WESTERN ALLIANCE, INC.

COMES NOW, Plaintiff Kevin Hartman, by and through undersigned counsel of record, and provides this notice to the Court and all parties that Plaintiff Hartman has voluntarily dismissed his claims against Defendant Western Alliance, Inc. from this action pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i). No other named plaintiff maintains any claims against Western Alliance, Inc., and Western Alliance, Inc. has made no cross or counter-claims. Plaintiff Hartman's claims against any other defendants are not subject to this notice, and so Plaintiff Hartman remains in this case.

Respectfully submitted,

/s/ Amy N. Gioletti
Brady R. Henderson, OBA#21212
Amy N. Gioletti, OBA#30566
ACLU of Oklahoma Foundation

P.O. Box 1626
Oklahoma City, OK 73101
(405) 525-3831, (405) 524-2296 (fax)
bhenderson@acluok.org, agioletti@acluok.org
*Atttorneys for Plaintiffs*

## **CERTIFICATE OF SERVICE**

I certify that on the day of filing, a true and correct copy of the above and foregoing was submitted to the Clerk of Court using the ECF system for filing and transmittal of a notice of electronic filing to all counsel who have entered an appearance in this case.

/s/ Amy N. Gioletti