# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| SHANE NORRID, et al., individually and on behalf of all others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> D.A.R.P., INC., an Oklahoma for profit corporation, et al., <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) **Case No. 17-cv-401-RAW** <br><br> **CLASS AND COLLECTIVE ACTION** |

## PLAINTIFFS' NOTICE OF DISMISSAL OF CLAIMS AGAINST DEFENDANT GLENN WHITMAN

COMES NOW, all Plaintiffs in this action, by and through undersigned counsel of record, and provide this notice to the Court and all parties that all Plaintiffs have voluntarily dismissed their claims against Defendant Glenn Whitman from this action pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i). Plaintiffs' claims against any other defendants are not subject to this notice, and so all Plaintiffs remain in this case.

Respectfully submitted,

/s/ Amy N. Gioletti
Brady R. Henderson, OBA#21212
Amy N. Gioletti, OBA#30566
ACLU of Oklahoma Foundation
P.O. Box 1626
Oklahoma City, OK 73101
(405) 525-3831, (405) 524-2296 (fax)
bhenderson@acluok.org, agioletti@acluok.org

*Atttorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

I certify that on the day of filing a true and correct copy of the above and foregoing was submitted to the Clerk of Court using the ECF system for filing and transmittal of a notice of electronic filing to all counsel who have entered an appearance in this case.

/s/ Amy N. Gioletti