IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF ARKANSAS

| | |
|---|---|
| SHANE NORRID, et al., | ) |
|     Plaintiffs, | ) Case. No. 5:18-cv-5110 |
| v. | ) |
| D.A.R.P., INC., et al., | ) |
|     Defendants. | ) |

**PLAINTIFFS' MOTION FOR VOLUNTARY NON-SUIT OF THEIR CLAIMS AGAINST D.A.R.P., INC., RAYMOND JONES, AND HENDREN PLASTICS, INC. AND INCORPORATED BRIEF IN SUPPORT**

Come now Plaintiffs, Shane Norrid, Kermit Michael Troxel, Kevin Hartman, Tim Hyers, Christopher Lynn Williams, Codie Shreve, Steven England and Taylor Brantley, and for their motion to voluntarily dismiss their claims against all remaining Defendants, D.A.R.P., Inc., Raymond Jones and Hendren Plastics, Inc., state:

1. This action was originally filed in the Eastern District of Oklahoma, styled *Norrid, et al. v. D.A.R.P., et al.*, Case Number 6:17-CV-401-RAW.

2. While the case was pending in the Eastern District of Oklahoma, on January 11, 2018, Plaintiff Codie Shreve dismissed his claims against Defendant Simmons Foods, Inc. without prejudice, pursuant to Fed. R. Civ. P. 41(a)(1)(a)(i). (Doc. 65, 87, 88). No other Plaintiffs have pending claims against Simmons Foods, Inc.

3. On February 16, 2018, Plaintiff Kevin Hartman dismissed his claims against Defendant Western Alliance, Inc. without prejudice, pursuant to Fed. R. Civ. P. 41(a)(1)(a)(i). (Doc. 75, 87). No other Plaintiffs have pending claims against Western Alliance.

4. On the same date, Plaintiffs Steven England and Kermit Troxel dismissed their claims against Defendant R&R Engineering Co., Inc., without prejudice, pursuant to Fed. R. Civ. P. 41(a)(1)(a)(i). Doc. 76, 87.  No other Plaintiffs have pending claims against R&R Engineering.

5. Also on February 16, 2018, all Plaintiffs dismissed all claims against Defendant Glenn Whitman without prejudice, pursuant to Fed. R. Civ. P. 41(a)(1)(a)(i). (Doc. 77, 87).

6. On March 28, 2018, the Eastern District of Oklahoma Court ordered the dismissal of Defendant Mid-America Cabinets, Inc. (Doc. 88).

7. Thereafter, the only remaining Defendants were D.A.R.P., Hendren Plastics, Inc. and Raymond Jones.

8. On June 13, 2018, the Eastern District of Oklahoma Court granted Defendant Hendren Plastics, Inc.'s Motion to Transfer Venue, ordering transfer of *Norrid* "to the Western District of Arkansas for possible consolidation with *Fochtman et al., v. DARP, Inc, et al.*, 18-5047-TLB." (Doc. 111, at *8).

9. Subsequent to the transfer, on June 22, 2018, Defendant Hendren filed its Motion to Consolidate this case with *Fochtman*. (Doc. 118).

10. Plaintiffs Shane Norrid, Christopher Lynn Williams and Taylor Brantley now seek voluntary dismissal without prejudice of all remaining claims in *Norrid* in order to join the *Fochtman* action.  The other remaining Plaintiffs, Kermit Michael Troxel, Kevin Hartman, Tim Hyers, Steven England and Codie Shreve, who only have pending claims against Oklahoma Defendants D.A.R.P., Inc. and Raymond Jones, also move this Court to voluntarily dismiss those claims without prejudice.  As a result, Plaintiffs move to dismiss this action against all remaining defendants, D.A.R.P., Inc., Raymond Jones and Hendren Plastics, Inc. without prejudice pursuant to Fed. R. Civ. P. 41(a)(2).

11. The Court has broad discretion in determining whether to grant or deny a motion for voluntary dismissal without prejudice. *Fowler v. Progressive Direct Ins.*, 2014 WL 12638961, at *1 (W.D. Ark. Oct. 9, 2014) (citing *Metro. Fed. Bank of Iowa, F.S.B. v. W.R. Grace & Co.*, 999 F.2d 1257, 1263 (8th Cir. 1993)). "In exercising the discretion, a court should consider factors such as whether the party has presented a proper explanation for its desire to dismiss; whether a dismissal would result in a waste of judicial time and effort; and whether a dismissal will prejudice defendants." *Fowler*, 2014 WL 12638961, at *1 (quoting *Hamm v. Rhone-Pulenc Rorer Pharm., Inc.*, 187 F.3d 941, 950 (8th Cir. 1999)).

12. Here, Plaintiffs have properly explained their desire to dismiss, and Plaintiffs are not dismissing this action to avoid an unfavorable ruling or seek a more favorable forum. Judicial time and effort will be spared, as a dismissal will void any further litigation over consolidation with *Fochtman*. Further, the dismissal will not cause D.A.R.P., Inc., Raymond Jones or Hendren Plastics, Inc. any prejudice.

13. The undersigned counsel is cognizant of Local Rule 83.5(d), regarding Special or Limited Appearance (Pro Hac Vice) in the Western District of Arkansas. Pursuant to the Rule, Plaintiffs' counsel respectfully requests that the Clerk accept and file this Motion, despite the fact that Plaintiffs' counsel has yet to submit applications for admission. Should the Court so require, Plaintiffs' counsel will file a separate motion to appear for the limited purpose identified herein.

WHEREFORE, Plaintiffs respectfully request that the Court grant their motion to voluntarily dismiss their action against D.A.R.P., Inc., Raymond Jones, and Hendren Plastics, Inc., without prejudice, and for all other just and proper relief to which they may be entitled.

Respectfully submitted,

/s/Daniel E. Smolen
Daniel E. Smolen, OBA #19943
David A. Warta, OBA #20361
Smolen, Smolen & Roytman, PLLC
701 S. Cincinnati Avenue
Tulsa, Oklahoma 74119
P: (918) 585-2667
F: (918) 585-2669
Email:  danielsmolen@ssrok.com
*Attorneys for Plaintiffs*

**CERTIFICATE OF SERVICE**

I hereby certify that on July 2, 2018, a true and correct copy of the above and foregoing was submitted to the Clerk of Court for filing and transmission via the ECF system by emailing the above and foregoing to the Clerk at the following address: FAY_info@arwd.uscourts.gov.

/s/Daniel E. Smolen